# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

----------------------------------------------X

Dong. et al

Plaintiffs,

-v-

Nielsen, et al

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JAN 2 9 2019

AT_____ O'CLOCK_____

John M. Domurad. Clerk - Utica

Civil No. 1:18-CV-1361-DNH-DJS

Defendants.

----------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Dong, et al, and their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant(s) listed in the above captioned action.

Date: January 28, 2019

David Chien. Esq.

SO ORDERED:

DAVID N. HURD
United States District Judge

Dated: 1/29/19          Utica, NY